No. 128. SHEFFIELD *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Abe Fortas, Hume Cofer* and *John D. Cofer* for petitioner.

No. 155. ODDO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Maurice Edelbaum* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 178. LOCAL No. 201, AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES (AFL–CIO), ET AL. *v.* CITY OF MUSKEGON. Supreme Court of Michigan. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William G. Reamon* for petitioners. *Harold M. Street* for respondent.

No. 230. LEE WEI FANG ET AL. *v.* KENNEDY, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jack Wasserman* and *David Carliner* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, L. Paul Winings* and *Charles Gordon* for respondent.

No. 269. R. K. LAROS Co., NOW PHARMACHEM CORPORATION, ET AL. *v.* BENGER LABORATORIES LTD. ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Stanton T. Lawrence, Jr.* for petitioners. *Charles J. Merriam* and *Jerome B. Klose* for Benger Laboratories Ltd., respondent.